WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Amelia Elana Guadalupe Garza,<br><br>　　　　　Defendant. | No. CR-13-248-01-PHX-DGC<br><br>**ORDER OF DETENTION** |

A detention hearing on the Petition on Supervised Release was held on April 18, 2018.

The Court Finds that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 18th day of April, 2018.

Honorable John Z. Boyle
United States Magistrate Judge